BEFORE: STEVEN L. TISCIONE                                                         DATE: 3/18/2025
UNITED STATES MAGISTRATE JUDGE                                      TIME: 1:30 PM

## CRIMINAL CAUSE FOR GUILTY PLEA

**DOCKET No. 22-cr-429**

**DEFENDANT: Jorge Alexander De La Cruz        DEF. # 4**
☒ Present      ☐ Not Present      ☒ Custody      ☐ Bail/Surrender

**DEFENSE COUNSEL**: **Kevin Keating**
☐ Federal Defender   ☒ CJA   ☐ Retained

**A.U.S.A.**: **Justina Geraci**

INTERPRETER: Guadalupe Alvarez

PROBATION OFFICER/PRETRIAL: n/a

COURT REPORTER/FTR LOG: 2:22 PM – 3:15 PM          MAGISTRATE DEPUTY: MJG

☒   Case called       ☒   Counsel for all sides present

☒   Defendant is sworn, arraigned, informed of her rights, and waives trial before District Court

☒   Defendant enters a Plea of Guilty to an Indictment charging violations of 18 U.S.C. §§ 1962(d) and 1963 (Racketeering Conspiracy); 18 U.S.C. § 2339A (Conspiracy to Provide and Conceal Material Support and Resources to Terrorists); 21 U.S.C. § 960a(a) (Narco-Terrorism Conspiracy).

☒ Court finds a factual basis for the plea and recommends that the District Judge accept it.

Sentencing:    ☐ Set for_____.

                        ☒ To be determined/set by probation

Defendant:     ☒ Continued in Custody

                        ☐ Bail Set/Continued

                        ☐ Released on Own Recognizance

☒ Plea agreement marked as Ex. 1 and returned to the Government.

☒ Transcript ordered.

OTHER: Upon Defendant's consent to proceed before a United States Magistrate Judge, Judge Tiscione, having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, recommends that the District Judge accept it.  Defendant's

counsel requested to be present at presentence interview, which the Court approved. Government requested that the transcript of the proceeding be sealed, which the Court granted. The Parties shall receive a copy of the transcript.