UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA -

against -

JORGE ALEXANDER DE LA CRUZ,

         Defendant.

- - - - - - - - - - - - - - - - - -X

FILED
CLERK

3/27/2025 2:27 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

ORDER ACCEPTING
GUILTY PLEA

Docket No. 22-CR-429 (JMA)

    IT IS THE FINDING of the Court, based upon a review of the transcript of the guilty plea of the defendant, offered on March 18, 2025, before United States Magistrate Judge Steven L. Tiscione that the defendant pleaded guilty knowingly and voluntarily, and there is a factual basis supporting the defendant's plea of guilty.

    IT IS HEREBY ORDERED that the guilty plea of the defendant, offered on March 18, 2025 before Magistrate Judge Tiscione is accepted.

    IT IS SO ORDERED.

/s/ Joan M. Azrack
THE HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated:  Central Islip, New York
         March 27, 2025